# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LORI GAMBRELL,**<br>　　　　　　**Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **MICHELE NEEDHAM,**<br>　　　　　　**Defendant.** | **NO. 17-2884** |

# O R D E R

**AND NOW**, this 20th day of December, 2017, upon consideration of Defendant's Defendant's Motion to Compel Arbitration (ECF No. 14); Plaintiff's Response in Opposition Thereto (ECF No. 18); Defendant's Reply in Support of the Motion to Compel Arbitration (ECF No. 19); Defendant's Supplemental Brief in Support of Motion to Compel Arbitration (ECF No. 24); and Plaintiff's Supplemental Brief in Opposition to Motion to Compel Arbitration (ECF No. 29), **IT IS ORDERED** that Defendant's Motion to Compel Arbitration is **GRANTED**. If they have not done so already, Plaintiff and Defendant shall **MEDIATE** the Klotter Street Property claims (Counts II, IV, IX, and X) for ten hours, pursuant to the Nut Ohio Investments, LLC Operating Agreement. If mediation does not resolve the Klotter Street Property claims, the parties must **ARBITRATE** the Klotter Street Property claims in Cincinnati, Ohio.

**IT IS FURTHER ORDERED** that this case shall be **STAYED**, pending completion of the parties' arbitration.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**